Peter Strojnik (Sr.),
7847 N. Central Avenue
Phoenix, AZ 85020
Telephone: (602) 524-6602
ps@strojnik.com



FILED

AUG 12 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| Peter Strojnik (Sr.),<br><br>Plaintiff,<br><br>vs.<br><br>539 Johnson Street, LLC dba Grape Leaf Inn,<br><br>Defendant. | Case No: 3:19-cv-03980-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Please take notice that Plaintiff voluntarily dismissed the above cause **with prejudice.**

RESPECTFULLY SUBMITTED this 7th day of August, 2019.

PETER STROJNIK

_____
Plaintiff